IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| RIGHT AT HOME, LLC, a Delaware limited liability company;<br><br>Plaintiff,<br><br>vs.<br><br>NEAL GAUDET, an individual; ALYSSA GAUDET, an individual; and GAUDET & COMPANY INC., an Alabama corporation;<br><br>Defendants. | **8:20CV462**<br><br>**ORDER** |

This matter is before the Court on its own motion. The Court has entered an order on the parties' stipulation for entry of a permanent injunction. It appears to the Court that the dispute between the parties has been resolved. Accordingly,

IT IS HEREBY ORDERED that

Within seven days of the date of this order the plaintiff shall show cause why a final judgment in favor of the plaintiff should not be entered and this case closed.

Dated this 9th day of April, 2021.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge

1