THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| RIGHT AT HOME, LLC, a Delaware limited liability company;<br><br>        Plaintiff,<br><br>  vs.<br><br>NEAL GAUDET, an individual; ALYSSA GAUDET, an individual; and GAUDET & COMPANY INC., an Alabama corporation;<br><br>        Defendants. | 8:20CV462<br><br>ORDER |

The Court, having reviewed Plaintiff Right at Home, LLC's ("Right at Home") Unopposed Motion to Dismiss with Prejudice (Filing No. 61), and upon consideration of all the files, records, and proceedings in this matter, the Court hereby finds that Plaintiff's Motion to Dismiss is granted and the above captioned matter is dismissed with prejudice.

Dated this 15th day of April, 2021

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge