IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| RIGHT AT HOME, LLC, a Delaware limited liability company;<br><br>Plaintiff,<br><br>vs.<br><br>NEAL GAUDET, an individual; ALYSSA GAUDET, an individual; and GAUDET & COMPANY INC., an Alabama corporation;<br><br>Defendants. | Case No. 8:20CV462<br><br>**ORDER TO DESTROY** |

Counsel for the plaintiff notified the court on January 10, 2023, that counsel wishes the following exhibits held by the court in this matter to be destroyed.

Plaintiff's Exhibits from hearing held 12/15/2020 and 12/21/2020

Pursuant NECivR 79.1(f) or NECrimR 55.1(g), if counsel fails to show cause why the exhibits should not be destroyed, the clerk's office is directed to destroy the above-listed exhibits 14 days from the date of this order.

IT IS SO ORDERED.

DATED:   January 11, 2023

BY THE COURT

s/ Joseph F. Bataillon
Senior United States District Judge